# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR VARGAS,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>　　　　DEFENDANT. | Civil Action No.: 1:21-CV-00787-JPW |

IT IS HEREBY stipulated and agreed, by and between the parties, and through their respective undersigned counsel, that the above-captioned action is voluntarily dismissed WITH PREJUDICE against all Defendants, and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


**BELL & BELL, LLP**　　　　　　　　　　　**MCGUIREWOODS LLP**
Attorneys for Plaintiff,　　　　　　　　　　Attorneys for Defendant,


BY:　*/s/ Christopher A. Macey, Jr.*　　　BY:　*/s/ David D. Leishman*
　　　Christopher A. Macey, Jr., Esq.　　　　　David D. Leishman, Esq.
　　　1617 John F. Kennedy Blvd.　　　　　　77 West Wacker Drive
　　　Suite 1254　　　　　　　　　　　　　　Suite 4100
　　　Philadelphia, PA  19103　　　　　　　　Chicago, IL 60601
　　　(215) 569-2500　　　　　　　　　　　　(312) 750-8680
　　　christophermacey@bellandbelllaw.com　　dleishman@mcguirewoods.com


Dated: October 20, 2021　　　　　　　　　Dated: October 20, 2021